UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

IN RE:   RONNIE PAUL ETHERIDGE

                Debtor.

Bk. Case No. 14-12454 NLJ
CHAPTER 13

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

SHAPIRO & CEJDA, LLC, Attorney for Bank2, a party in interest in the above-captioned case, hereby gives notice of its appearance in said case.

Further, the above-named party in interest hereby requests that the Clerk of the above-named Court counsel for Debtor(s), Trustee, and any other party mailing notices in this case, mail to said counsel copies of any and all notices hereinafter given in this case in accordance with Bankruptcy Rule 2002, or otherwise.

DATED this 23rd day of June, 2014.

SHAPIRO & CEJDA, LLC

BY: s/Kirk J. Cejda
Kirk J. Cejda #12241
770 NE 63rd St
Oklahoma City, OK 73105-6431
(405)848-1819
Attorney for Secured Creditor
(405)848-2009 (Facsimile No.)
kcejda@logs.com

### CERTIFICATE OF MAILING

The undersigned hereby certifies that on the 23rd of June, 2014, the foregoing pleading was mailed via U.S. Mail, first class, postage prepaid to the following parties, to-wit: Ronnie Paul Etheridge, 7509 N.W. 116th Street, Oklahoma City, OK 73162, (Debtor). Further, I certify that a true and correct copy of the foregoing pleading was electronically served on the 23rd of June, 2014, using the CM/ECF system to the following parties: Tearsa Storms Olson, (Attorney for Debtor), John T. Hardeman, (Trustee).

s/Kirk J. Cejda
Kirk J. Cejda #12241

File No. 14-120497